# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A140 | 9547005 | NIRISMN | 9022 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 7-2-25 1300 | 43 CFR 8365.1-3(a) |

Place of Offense
HWY 95 ADJACENT CATTAIL COVE

Offense Description: Factual Basis for Charge                    HAZMAT ☐
SUBJECT DID OPERATE A VEHICLE @ 91 MAH.

### DEFENDANT INFORMATION
Phone:

| Last Name | First |  |
|---|---|---|
| MOORE | ASHTON | T |

| City | State | Zip Code | ☐ |
|---|---|---|---|
| PHOENIX | AZ | 85041 | |

| | D.L. State | Social Security No. |
|---|---|---|
| | AZ | |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair BLK | Eyes BKO | Height 74 | Weight 220 |
|---|---|---|---|---|---|

### VEHICLE
VIN:                                                        CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 16 | CHEV | | WHT |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

**25-04368MJ-01-PCT-CDB**

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

| | |
|---|---|
| $ | Forfeiture Amount |
| + $30 | Processing Fee |
| $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 2755 MISSION BLVD KINGMAN AZ 86401 | 8-22-25 Time 0900 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

5273

*9547005*

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A140 | 9547006 | NIELSEN | 9022 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑CFR ☐USC ☑State Code |
|---|---|
| 7-2-25  1300 | 50 CFR 27.31(g)/ ARS 28-3473 |

Place of Offense

HWY. 95 ADJACENT CATTAIL COVE

Offense Description: Factual Basis for Charge    HAZMAT ☐

THE SUBJECT DID OPERATE A VEHICLE WITH A SUSPENDED LICENSE

### DEFENDANT INFORMATION    Phone

| Last Name | First Name | M.I. |
|---|---|---|
| MOORE | ASHTON | T |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| PHOENIX | AZ | 85041 | -97 |

| D.L. State | Social Security No. |
|---|---|
| AZ | |

☑Adult ☐Juvenile  Sex ☑Male ☐Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BLK | BRO | 74 | 220 |

### VEHICLE    VIN:    CMV ☐

| Tag | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 16 | CHEV | | WHT. |

### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 2755 MISSION BLVD KINGMAN AZ 86401 | 8-22-25 |
| | Time 0900 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9547006*

## U.S. FISH & WILDLIFE SERVICE
## UNITED STATES DISTRICT COURT
## VIOLATION NOTICE NO. 9547005 & 9547006

### STATEMENT OF PROBABLE CAUSE
#### (For issuance of an arrest warrant or summons)

On 07/03/2025 at approximately 1300 I, Federal Wildlife Officer Paul L. Nielsen was conducting a vehicle patrol northbound on Highway 95 in the vicinity of Cat Tail Cove State Park, Mohave County Arizona. The approximate GPS grid coordinates were 34.3631619 by -114.1587786.

While traveling north my Stalker Patrol police radar activated on an oncoming vehicle traveling at 91 miles per hour. I identified the vehicle as a white in color 4 door 2016 Chevrolet flat bed dual axle truck, bearing Arizona license plate

I conducted a stop of the vehicle and as I approached it on foot, I detected the strong odor of marijuana emanating from the vehicle. I spoke with the driver who I later identified as Ashton Moore (          Vhen I asked Moore for his license, he stated that he had left it in Phoenix. When asked if he had any weapons in the vehicle, he stated that he had a pistol and motioned to the back seat. With Moore, riding in the passenger seat was Nicholas Brown (10/16/2000).

It was at this time I requested an additional police unit to back me up. Ranger Roe from the Bureau of Land Management arrived on scene a short time later, as did Federal Wildlife Officer Quarra.

I conducted a check for Moore's license status through the Federal Law Enforcement Communication Center. They confirmed that Moore's license was suspended on 5/12/25 for Driving Under the Influence and Speeding.

I met again with Moore and asked him to step from the vehicle, at which time I explained the infraction for which I had stopped him (speeding). I also explained that his license was suspended and that I had smelled the strong odor of marijuana emanating from the vehicle. Brown later admitted that he had been the one smoking the marijuana.

I asked Moore for consent to search his vehicle, which he granted. It was at this time that Brown stated that he had a pistol as well as an AR style pistol in the vehicle as well.

I conducted a search of the vehicle locating the three firearms and single user amounts of marijuana in the vehicle. I conducted a records check of the firearms and learned that they were not related to any other incident.

I issued Moore United States District Court Violations numbered 9547005 and 9547006 for violations of 43 CFR 8365.1-3(a) (Speeding) and 50 CFR 27.31(g) / ARS 28-3474 (Driving on a Suspended or Revoked License), respectively.

I provided copies of the citations to Moore, then released him on his own recognizance.

The Federal Law Enforcement Communications Center event number attached to this incident is 5273.

The foregoing statement is based upon

__X__ my personal observation
__X__ my personal investigation
_____ information supplied to me from my fellow officer's observation
_____ other (explain)

Executed on: __07/10/2025__          _Paul L Nielsen_
Date            MM/DD/YYYY          Officer's Signature

Paul L Nielsen
Federal Wildlife Officer – No. 9022

Probable cause has been stated for the issuance of a warrant.

Executed on: ___Camille D. Bibles___  Digitally signed by Camille D. Bibles
                                       Date: 2025.07.10 11:27:29 -07'00'
            Date                  U.S. Magistrate Judge